IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00817-LTB

SCOTT M. RUNYON,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 4, 2020.**

    In light of the reassignment of this case to the Honorable Lewis T. Babcock, the Scheduling Conference currently set before this Court on May 18, 2020 is **vacated**.